IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ABRAHAM BARRAZA-DUARTE,<br><br>Defendant.<br>_____ | No.  CR 04-01688-TUC-CKJ [CRP]<br><br>REPORT and RECOMMENDATION |

Defendant moves to dismiss the indictment, with prejudice, asserting that because the Defendant was under continuous surveillance upon and after entry, the indictment does not correctly allege the offense. The Government opposes the motion, arguing that the indictment is legally sufficient. This Court agrees that the present indictment in this case, while potentially at variance with the facts that will be adduced at trial, is legally sufficient. Therefore, it is recommended that the District Judge, after her independent review, **DENY** the motion.

The indictment charges that the Defendant illegally entered and was found in the United States after having been previously deported. Defendant asserts he was under continuous surveillance and thus never entered the United States. Defendant asks the Court to dismiss the indictment because "the Government cannot meet the elements of the offense charged." Motion, p.6, ll 26-27.

The Government argues that it is improper to dismiss the indictment merely because the allegations therein may not ultimately be established by the evidence. If the indictment is legally sufficient, it is not subject to dismissal. *United States v. Jensen*, 93 F.3d 667, 669

(9th Cir.1996).

The Government's position is correct. Defendants ask us to consider facts outside the four corners of the indictment to justify dismissal. The Court is not to conduct such a "summary trial." *Id.* The Motion To Dismiss Indictment should be denied.[1]

**WHEREFORE, IT IS THE RECOMMENDATION OF THIS COURT** that the District Judge, after her independent review, Deny the Motion to Dismiss Indictment [Dkt. 6].

Pursuant to 28 U.S.C. § 636(b)(1)(B), the parties have ten (10) days from the date of this Report and Recommendation to file written objections to these findings and recommendations with the District Court. Any objections filed should be filed as CR 04-01688-TUC-CKJ.

DATED this 25th day of October, 2005.

*[signature]*

CHARLES R. PYLE
UNITED STATES MAGISTRATE JUDGE

CKJ
CRP
Rosemary Marquez, Esq.
Monte C. Clausen, Esq. *[AUSA]*
PTS

---

[1] Since arguing this matter, a second Superceding Indictment has been filed that responds to Defendant's challenges to this Indictment. The Second Superceding Indictment was not argued or at issue in this ruling.